**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY ATKINSON,<br><br>             Plaintiff,<br><br>     v.<br><br>VOLKSWAGEN GROUP OF AMERICA, et al.,<br><br>             Defendants. | Case No.: 1:16-cv-01569 LJO JLT<br><br>ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 4) |

The parties have agreed that the defendants may have an additional four weeks to respond to the amended complaint. (Doc. 4) This request complies with Local Rule 144(a).[1] Therefore, the Court **ORDERS**:

    1.    The stipulation (Doc. 4) is **GRANTED**. The defendants SHALL file their responsive pleadings no later than November 21, 2016.

IT IS SO ORDERED.

    Dated:   **October 21, 2016**           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Though L.R. 144(a) does not require a Court order, the parties mistakenly docketed the stipulation as a motion, which requires an order.